*Jerry Vandiver (#141306) v. Vasbinder, et al*
USDC-ED No.:  2:08-cv-10508
Honorable Marianne O. Battani
Magistrate Judge Mona K. Majzoub

## EXHIBIT C

Affidavit of Richard D. Russell

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY VANDIVER #141306,

      Plaintiff,

v

DOUG VASBINDER; JOE BARRETT;
BETH GARDON; and CONNIE IVES,

      Defendants.

No. 2:08-cv-10508

Honorable Marianne O. Battani

Magistrate Judge Mona K. Majzoub

---

Paula S. Quist (IL Bar No. 627828)
Nicole M. Swift (IL Bar No.6304114)
JONES DAY
Attorney for Plaintiff
77 West Wacker
Chicago, IL  60601-1692
(312) 782-3939

Lisa A. Brown (P67208)
DYKEMA GOSSETT PLLC
Attorney for Plaintiff
400 Renaissance Center
Detroit, MI  48243
(313) 568-6943

Peter Govorchin (P31161)
Michael R. Dean (P71333)
Attorneys for MDOC Defendants
Michigan Department of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-7021

---

## AFFIDAVIT OF RICHARD D. RUSSELL

I, Richard D. Russell, depose and state the as follows:

1.     I am presently the Manager of the Grievance Section of the Michigan Department of Corrections [MDOC] with my office in Lansing, Michigan.  I since May 1, 2011.

2.     If sworn as a witness I can testify competently to the facts contained within this affidavit.

3.     Any documents referenced in this affidavit are records of regularly conducted activity of the MDOC.  The records were made at or near the time of the occurrences reflected, by a person with knowledge of those matters, or from information transmitted by a person with knowledge of those matters.  These documents are kept in the regular course of business of the MDOC.  Any copy of these records attached to or accompanying this affidavit are true and accurate copies of the original records.

4.     The administrative remedy available to prisoners regarding the conditions of their confinement is the grievance process.

5. The grievance process for the MDOC consists of three steps which are defined in Policy Directive 03.02.130, "Prisoner/Parolee Grievances."

6. Step I of the grievance process provides that if the grievant is unable to resolve the issue with staff, the grievant may file a formal grievance to the institutional grievance coordinator. The appropriate staff member is assigned to respond to the grievance.

7. If the grievant is not satisfied with the response provided at Step I, an appeal of the decision may be filed to Step II. The warden or the area manager generally responds to Step II grievances unless they delegate the response to staff that has administrative responsibility.

8. If the grievant does not agree with the Step II response, an appeal of that decision may be filed to Step III at the Grievance Section of the Office of Legal Affairs.

9. There are approximately 900 Step III grievance appeals received and decided each month within the Grievance Section.

10. When a Step III grievance is received in the Grievance Section, it is date-stamped by clerical staff and entered into the database.

11. Beginning on May 1, 2011 all Step III appeals whether or not they meet policy requirements are being entered into the database. If on the surface it is apparent there are missing documents required under policy, they are returned under a cover letter indicating what further documents are required and the cover letter is saved in the file.

12. Appeals that appear complete are forwarded to a grievance specialist. If, after review, they do not meet policy requirements to complete a thorough review at Step III, they are returned under a cover letter indicating what further documents are required under policy for appeal to Step III.

2

13. If the appeal is complete, a grievance specialist assures that all tracking data, including the grievance code as assigned by the local grievance coordinator, is entered into the grievance tracking database.

14. The grievance specialist researches the information and facts regarding the issues raised in the grievance. The investigation may be conducted through contact with the appropriate facility staff and other sources within the Department. The grievance specialist drafts a recommendation for decision on the grievance by the Manager of the Grievance Section.

15. The Manager of the Grievance Section signs the Step III response, or returns it for additional work.

16. Final grievance decisions are returned to clerical staff for processing, including designation of a return date and final data entry. Copies of the grievance decisions are sent to the appropriate warden and the grievant. A copy is retained in the Office of Legal Affairs.

17. A search for records of Step III grievances involves a database inquiry and comparison of file materials with the database. All Step III grievance appeals are recorded on the Grievance Tracking database.

18. I have caused a search of the database relevant to step III grievance appeals filed by the plaintiff. Attached are true and accurate copies of the following grievances: JCF-06-08-1461-12d3, JCF-06-11-2040-19z, and JCF 07-10-0070785-12e.

19. As such, I can certify that the attached exhibits are a true and accurate copy of a record that is regularly compiled and maintained in the normal course of business of the Michigan Department of Corrections.

3

20. This affidavit is made in good faith within the scope of my authority and in accordance with my understanding of the statutes, rules and policies governing the Michigan Department of Corrections.

Affiant says nothing further.

Richard D. Russell, Manager
Office of Legal Affairs
Michigan Department of Corrections

Subscribed before me, a Notary Public,
this 12 day of December, 2011.

My commission expires: 1-29-2014

ROBERT W. FARR
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF EATON
My Commission Expires Jan. 29, 2014
Acting in the County of Ingham

4