UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JERRY VANDIVER,

                      Plaintiff,                     Case No. 08-10508

    v.

                                                      Honorable Marianne O. Battani

BETH GARDON AND CONNIE IVES,

                      Defendants.


ORDER

On March 17, 2015, the Court held a motion hearing on Motions in Limine. For the reasons stated on the record, IT IS HEREBY ORDERED that (1) Plaintiff's Motion in Limine [128] to Preclude Evidence Relating to Plaintiff's Criminal History denied except for agreement placed on the record (2) Plaintiff's Motion in Limine [129] to Exclude Evidence Relating to His Prison Misconduct Tickets is hereby moot and (3) Defendants Motion in Limine [131] for Order Disqualifying Plaintiff's Purported Expert Witness Dr. Jerry Walden denied in part.

    SO ORDERD.

Date: March 30, 2015             s/Marianne O. Battani
                              MARIANNE O. BATTANI
                              United States District Judge